AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-5442

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **The Allstate Corporation**
was received by me on *(date)* **12/08/2017** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served Per PA Rule 404(2) and 403. Delivered on 12/12/2017.
Return Receipt Attached.
Certified Mail Number: 9514800034027342000363

My fees are $ **0.00** for travel and $ **25.00** for services, for a total of $ **25.00** .

I declare under penalty of perjury that this information is true.

Date: **12/19/2017**

*James E. Shelton*
Server's signature

James E. Shelton, Private Process Server
Printed name and title

316 Covered Bridge Road
King of Prussia, PA 19406
Server's address

Additional information regarding attempted service, etc:



Date: December 19, 2017

James Shelton:

The following is in response to your December 19, 2017 request for delivery information on your Certified Mail™/RRE item number 9514800034027342000363. The delivery record shows that this item was delivered on December 12, 2017 at 6:35 am in WILMINGTON, DE 19801. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-5442

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HBW LEADS LLC
was received by me on *(date)* 12/08/2017 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served Per PA Rule 404(2) and 403. Delivered on 12/11/2017.
Return Receipt Attached.
Certified Mail Number: 9514800034027342000349

My fees are $ 0.00 for travel and $ 25.00 for services, for a total of $ 25.00 .

I declare under penalty of perjury that this information is true.

Date: 12/19/2017

*James E. Shelton*
*Server's signature*

James E. Shelton, Private Process Server
*Printed name and title*

316 Covered Bridge Road
King of Prussia, PA 19406
*Server's address*

Additional information regarding attempted service, etc:



Date: December 19, 2017

James Shelton:

The following is in response to your December 19, 2017 request for delivery information on your Certified Mail™/RRE item number 9514800034027342000349. The delivery record shows that this item was delivered on December 11, 2017 at 2:02 pm in SALEM, OR  97303. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-5442

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ANDREW BRADLEY MCKINNEY was received by me on *(date)* 12/08/2017.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Served Per PA Rule 404(2) and 403. Delivered on 12/11/2017. Return Receipt Attached. Certified Mail Number: 9514800034027342000387

My fees are $ 0.00 for travel and $ 25.00 for services, for a total of $ 25.00.

I declare under penalty of perjury that this information is true.

Date: 12/19/2017

*James E. Shelton* (signature)
*Server's signature*

James E. Shelton, Private Process Server
*Printed name and title*

316 Covered Bridge Road
King of Prussia, PA 19406
*Server's address*

Additional information regarding attempted service, etc:


**UNITED STATES POSTAL SERVICE.**

Date: December 19, 2017

James Shelton:

The following is in response to your December 19, 2017 request for delivery information on your Certified Mail™/RRE item number 9514800034027342000387. The delivery record shows that this item was delivered on December 11, 2017 at 2:42 pm in INDEPENDENCE, OR 97351. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :     1154 S. 6th
                                        97351

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service