# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW R. PERRONG** | ) | |
| **1657 The Fairway #131 Jenkintown, PA 19046** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action** |
| **vs.** | ) | **No: 17-5442** |
| | ) | |
| **HBW LEADS LLC.** | ) | |
| *Et. Al.* | ) | |
| | ) | |
| **Defendants.** | ) | **Jury Trial Demanded** |
| | ) | |

## Notice of Dismissal

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff hereby notifies the court that this action is voluntarily dismissed with prejudice as to all defendants, pending the finalization of settlement, pursuant to Local Rule 41.1(b).


**Dated: January 2, 2018**


_____/s/_____

Andrew Perrong
*Plaintiff Pro-Se*

1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1